# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00311-CR

**Daniel Heredia, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2016-751, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 28, 2019. On counsel's motions, the time for filing was extended to November 27, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than December 27, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on December 6, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish